IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**STERLING RAY**                                                             **PLAINTIFF**

v.     Case No. 3:10-cv-93-DPM

**LARRY NORRIS; DAVID B.
EBERHARD, individually and as
Director, Arkansas Department of
Community Correction; CORRECTIONAL
MEDICAL SERVICES, INC.; WENDY
SPANOS, M.D., individually and in
her official capacity; RAY HOBBS
in his official capacity as Director,
Arkansas Department of Correction; and
RHONDA JOHNSON, LPN, Correctional
Medical Services**                                            **DEFENDANTS**

### ORDER

Ray's motion to dismiss his claims against Dr. Spanos without prejudice, *Document No. 45*, is granted. FED. R. CIV. P. 41(a)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

8 June 2011