IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

STERLING RAY                                                                    PLAINTIFF

v.                          Case No. 3:10-cv-93-DPM

LARRY NORRIS, individually and in his
official capacity, DAVID B. EBERHARD,
Director of Arkansas Department of Community
Correction, individually and in his official capacity,
CORRECTIONAL MEDICAL SERVICES, INC.,
RAY HOBBS, in his official capacity as current
Director of Arkansas Department of Correction,
and RHONDA JOHNSON, LPN                                                DEFENDANTS

ORDER

Ray's motion to dismiss without prejudice, *Document No. 54*, is granted.  Each party will bear its own fees and costs.  FED. R. CIV. P. 41(a)(2).

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

12 July 2011